

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2016

No. 04-16-00536-CV

**BEXAR-MEDINA-ATASCOSA COUNTIES WATER CONTROL AND IMPROVEMENT DISTRICT NO. 1** (BMA),
Appellant / Cross-Appellee

v.

**BANDERA COUNTY RIVER AUTHORITY AND GROUNDWATER DISTRICT**,
Appellee / Cross-Appellant

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-13-351
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

This court has determined this appeal is appropriate for referral to alternative dispute resolution (ADR). 4TH TEX. APP. (SAN ANTONIO) LOC. R. 2. All further communications with this court by the parties regarding ADR shall be directed to the clerk of the court.

All parties are ORDERED to respond in writing by September 29, 2016 stating: (1) any objection to mediation; and (2) whether the parties agree on the selection of a mediator and, if so, the name and address of the mediator of their choice.

If the parties agree to mediation and select a mediator, this court will issue an order suspending all appellate deadlines for forty-five days to allow the parties to concentrate on the scheduling and completion of the mediation process.

Is it so **ORDERED** on September 19, 2016.



_____
Marialyn Barnard, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on September 19, 2016.

_____
Keith E. Hottle, Clerk of Court